**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

HARSCO CORPORATION
doing business as
PATENT CONSTRUCTION SYSTEMS

vs.                                    NO. 3:04CV00389 SWW

BUILDING CONSTRUCTION
ENTERPRISES, INC.

### JUDGMENT ON JURY VERDICT

This action came on for trial January 22, 2007, before the Court and a jury, the Honorable Susan Webber Wright, Judge, United States District Court, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 24, 2007, and pursuant to that verdict,

IT IS THEREFORE ORDERED AND ADJUDGED that plaintiff Harsco Corporation doing business as Patent Construction Systems have and recover of and from defendant Building Construction Enterprises, Inc., damages in the amount of $16,040.99, together with interest from date until paid at the rate of 5.08% per annum as provided by law.

IT IS SO ORDERED this 29th day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE